RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
FEB 27 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**Joshua Jamal Wright**
Plaintiff

-V-

Jury Trial: No
Case number:

**1:25-CV-1028**

**Cobb County, Judge Julie Jacobs,**

**Judge Angela Brown, Judge Kellie S. Hill,**

**Judge Jana Edmonson-Cooper**

Defendants

## Civil Complaint and Request for Injunction

### Jurisdiction and Venue:

**Federal Question Jurisdiction:** The court has jurisdiction because my claims arise under the Constitution and laws of the United States (specifically, violations of your constitutional rights).

**Venue:** The venue is proper in the Northern District of Georgia, Atlanta Division because the events giving rise to your claims occurred in Cobb County, which is within that district.

### Parties:

**Plaintiff:** Joshua Jamal Wright, 2276 Clay Rd. Austell Georgia 30106 (678)897-1044

### Defendants:

- **Cobb County:** Cobb County is a political subdivision of the State of Georgia.
- **Judge Julie Jacobs** Superior Court Judge of Cobb County
- **Judge Angela Brown** Superior Court Judge of Cobb County
- **Judge Kellie S. Hill** Superior Court Judge of Cobb County
- **Judge Jana Edmonson-Cooper** Superior Court Judge of Cobb County

### Statement of Facts:

### Unlawful Arrest and Detention:

- Date of arrest July 2, '24).
- Duration of detention in Cobb County Jail (64 days, ending September 2024).

- Lack of "just cause" for the arrest and detention.
- Released from jail under conditions of signing a document labeling Joshua Jamal Wright as a convicted felon.

**Removal of Property and Children:**

- Judges involved Julie Jacobs and Kellie S. Harris.
- Description of property removed a home at 4255 Meek Road and all property inside. (personal property valued at approximately $560,000.00).
- Duration of children's removal (12 months and counting).
- Dates of removal of property and children around March 2024.

**Terroristic Threats Charge and Arrest Warrant:**

- Judges allegedly involved Angela Brown and Judge Jana Edmonson-Cooper.
- Description of the charge of terroristic threats.
- Allegation that the evidence (recorded phone call) violated your freedom of speech.

**Causes of Action:**

**Count I: Violation of Constitutional Rights - Unlawful Arrest and Detention (42 U.S.C. § 1983):**

- Claim that Cobb County and the named judges, acting under color of state law, violated your Fourth and Fourteenth Amendment rights to due process and freedom from unreasonable seizure due to unlawful arrest and detention.

**Count II: Violation of Constitutional Rights - Unlawful Seizure and Sale of Property (42 U.S.C. § 1983):**

- Claim that Cobb County officials violated your Fourteenth Amendment rights to due process by unlawfully seizing and selling your personal property without due process of law.

**Count III: Violation of Constitutional Rights - Unlawful Removal of Children (42 U.S.C. § 1983):**

- Claim that Cobb County and the named judges violated your Fourteenth Amendment rights to due process and your fundamental rights as a parent by unlawfully removing your children from your custody.

**Count IV: Judicial Misconduct and Bias (Violation of Constitutional Rights - 42 U.S.C. § 1983):**

- Claim that the named judges engaged in judicial misconduct, including bias gender, race, socioeconomic status, due process violations denial of fair hearing, lack of impartiality, ex parte communications, and abuse of discretion, violating your Fourteenth Amendment rights to due process and equal protection.
- The types of bias alleged gender bias against men, prejudice based on race, socioeconomic status, and gender.
- Examples of due process violations, abuse of discretion, false arrest/detention issues, and child custody issues as described in your request.
- Email records show the opposing counsel telling Julie Jacobs that she received a letter I the plaintiff left in chambers to Kellie S. Hill. Counsel claimed she picked it up from Judge Hill's private chamber showing her Ex-parte communication. This also shows the counsel was bold enough to ask Judge Jacobs if she had received similar communication from the plaintiff Joshua Wright as if this is common communication

style. Counsel then proceeds to put the letter addressing Judge Hill in to the public record of a separate case in the attempt to ridicule me saying I'm incompetent and I have no legal rights. (The document was a notice to the judge for violating my constitutional rights and I wanted remedy for the violation).

**Request for Relief:**

**Injunctive Relief:**

- **Preliminary Injunction:** Request the court to issue a preliminary injunction immediately to stop the ongoing arrest warrant, Judge Angela Brown has issued a warrant for my arrest after I attempted to settle the matter with a GSA bond and refused to contract myself into a prison sentence.
- **Permanent Injunction:** Request the court to issue a permanent injunction prohibiting the Defendants from continuing the unconstitutional actions in the future. By returning my children to me. Their actions have caused parental alienation and irreparable harm to me and my children whom I've had since their birth. The constitution is supposed to protect me and my family from threats foreign and domestic.
- **Declaratory Relief:** Request the court to declare that the actions of the Defendants violated your constitutional rights.

**Compensatory Damages:** Seek monetary damages to compensate you for the harm I have suffered, including:

- Emotional distress and psychological trauma.
- Financial losses due to unlawful detention, seizure and sale of property, and removal of children.
- Damages for parental alienation for therapy to all of my kids and myself. $500,000.00 which is $100,000.00 per (4) kids and (1) adult.
- Specific amount of damages sought for the property is valued at $560,000.00.

**Punitive Damages:** Request punitive damages to punish the Defendants for their alleged egregious conduct and to deter similar actions in the future by removing them from office and or making them publicly apologize to me and my family with a donation to my kid's college fund publicly.

**Attorney's Fees and Costs:** Request that the Defendants be ordered to pay my attorney's fees and the costs of bringing the lawsuit, as provided for under 42 U.S.C. § 1988 in civil rights cases. Any Other Relief such other and further relief as the Court deems just and equitable.

**Signature and Verification:**

Joshua Wright

*[signature]*